BENZ AUTO IMPORT COMPANY OF AMERICA, Appellant, *v.* JESSE FROEHLICH, Respondent.

*Benz Auto Import Co.* v. *Froehlich,* 162 App. Div. 907, affirmed. (Submitted May 25, 1917; decided June 12, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 27, 1914, affirming a judgment in favor of defendant entered upon a verdict. The complaint alleged that the defendant with two others offered to transfer to the plaintiff the assets of a dissolved corporation and accept in payment thereof $55,000 in fully paid capital stock of the plaintiff corporation. That the proposition was accepted and 550 shares of the stock of the plaintiff was directed to be issued in payment. That the stock was never issued but that thereafter 1,000 shares were issued to the defendant and the two others. That 550 shares of the 1,000 so issued were fully paid for by the transfer of the assets, and that 450 shares of the stock issued were not covered by the assets purchased, and were never paid for in whole or in part. That the defendant

agreed to pay full par value, viz., $22,500, for 225 shares of the stock, and agreed to make such payment to the plaintiff immediately after the issuing of the 225 shares of stock. That plaintiff has demanded the said sum, and that the sum of $22,500 is wholly due and owing from the defendant to the plaintiff, and no part has been paid. The answer raised the issue, viz.: Were the 450 shares issued for property and did the defendant promise and agree to pay $22,500 for 225 shares, and make such payment immediately after the issue of said stock to defendant ?

*Charles Oakes* for appellant.

*Jesse S. Epstein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CHASE, COLLIN, CUDDEBACK, CARDOZO, CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.